Re:

THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Bobby Ray Johnson,       
Appellant.
 
 
 

Appeal From York County
John C. Hayes, III, Circuit Court Judge

Unpublished Opinion No. 2003-UP-407
Submitted April 18, 2003 - Filed June 
 18, 2003

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Aileen P. Clare, of Columbia; 
 for Appellant.
Legal Counsel Tommy Evans, Jr., Legal Counsel J. Benjamin 
 Aplin, Deputy Director for Legal Services Teresa A. Knox, of Columbia; for Respondent.
 
 
 

PER CURIAM:  Appellant, Bobby Ray Johnson, 
 pled guilty to second degree burglary and strong arm robbery and was sentenced 
 to fifteen years, suspended upon service of six years and five years probation 
 on each charge.  Following a probation revocation hearing, the trial judge revoked 
 appellants suspended sentence in full.  We dismiss pursuant to Anders v. 
 California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 
 406 S.E.2d 357 (1991).  Counsels petition to be relieved is granted.
APPEAL DISMISSED.  
 CURETON, ANDERSON, and HUFF, JJ., concur.